IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA RODGERS<br>            Plaintiff<br>     v.<br><br>SUPERVALU, INC. d/b/a Save-A-Lot<br>Store #245<br>            and<br>MORAN FOODS, Inc.<br>            Defendants | :<br>:  CIVIL ACTION NO.<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## DISCLOSURE STATEMENT FORM

Please check one box:

_____    The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

__X__    The nongovernmental corporate party, _Moran Foods, LLC_ in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____SUPERVALU, INC._____

Date: 7/01/16                                    _____
                                                            Signature

                    Counsel for:    Defendants, Supervalu, Inc. d/b/a Save-A-Lot Store
                                           #245 and Moran Foods, Inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
     (a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
     (b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
          (1)    file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
          (2)    promptly file a supplemental statement upon any change in the information that the statement requires.