IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA RODGERS | : |
| Plaintiff | : |
| v. | : CIVIL ACTION NO. 2:16-CV-03641 |
| SUPERVALU, INC. d/b/a Save-A-Lot Store #245 | : |
| and | : |
| MORAN FOODS, INC. | : |
| Defendants | . : |

## STIPULATION TO AMEND CAPTION

AND NOW, this 3rd day of October, 2016, it is hereby agreed and stipulated to by and between the undersigned counsel on behalf of their respective clients, that the caption and Complaint in this matter shall be amended to properly identify the Defendant as "Moran Foods, LLC d/b/a Save-A-Lot, Ltd."

SIMON & SIMON, P.C.                                   MARSHALL, DENNEHEY, WARNER
                                                     COLEMAN & GOGGIN

_____                      _____
MARC I. SIMON, ESQUIRE                                DANIEL B. KREBBS, ESQ.
Attorney for Plaintiff                                Attorney for Defendants

                                                     APPROVED BY:

October 3, 2016                                       T.N. O'Neill