IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA RODGERS | : | CIVIL ACTION |
| | : | NO. 16-3641 |
| v. | : | |
| | : | |
| SUPERVALU, INC. d/b/a Save-A-Lot Store #245, et al. | : | |
| | : | |

## ORDER

AND NOW, this 6th day of March, 2017, upon consideration of the motion for summary judgment by defendant Supervalu, Inc., doing business as Save-A-Lot Store #245, Dkt. No. 15, and the response of plaintiff Patricia Rodgers, Dkt. No. 17, it is ORDERED that defendant's motion is GRANTED.  JUDGMENT is ENTERED in favor of defendant Supervalu, Inc. and against plaintiff Patricia Rodgers on all claims.

The Clerk of Court shall mark this case CLOSED.

                                                    *s/Thomas N. O'Neill, Jr.*
                                               THOMAS N. O'NEILL, JR., J.